IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00246-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     URBANO DE JESUS-DANIEL,

    Defendant.

---

**ORDER TRANSFERRING CASE**

---

THIS MATTER comes before the Court upon the filing of the Government's Notice of Special Assignment Pursuant to D.COLO.LCrR 50.1(C)(2) wherein the Government advises that the above-named Defendant is currently under the supervision of the Honorable Wiley Y. Daniel in case number 02-cr-00328-WYD. Having considered the same and, upon the consent of Chief Judge Edward W. Nottingham,

**IT IS ORDERED** that this case is transferred to the Honorable Wiley Y. Daniel. The Clerk shall effect such transfer.

DATED this 10th day of June, 2008.

                              **BY THE COURT:**

                              *Marcia S. Krieger*
                              _____

Marcia S. Krieger
                              United States District Judge